IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03114-WJM — MJW

GOLD CUP GAMING, LLC, a South Dakota limited liability company,

Plaintiff,

v.

WEST COAST GAMING, INC., a California corporation,

Defendant.

---

ORDER RE: MOTION FOR SUBSTITUTED
SERVICE OF PROCESS ON DEFENDANT (Docket No. 11)

---

THIS MATTER having come before the Court on the Plaintiff's Motion for Substituted Service of Process on Defendant, and the Court having reviewed the Motion and being fully advised, hereby orders:

The Motion is GRANTED. The Plaintiff shall deliver a copy of the Summons and Complaint to (1) the California Secretary of State in accordance with California Corporation Code § 1702, and (2) the Defendant and its President Ronald Ellis at their last known addresses via U.S. Mail. (*)

DATED this 17TH day of January, 2013.

(*) And File Proof of Service with The Court on or before February 1, 2013 or show Cause why This Case should not be Dismissed.

By the Court:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO