IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 12-cv-03114-RM-MJW

GOLD CUP GAMING, LLC, a South Dakota limited liability company,

    Plaintiff,

v.

WEST COAST GAMING, INC., a California corporation,

    Defendant.

## ORDER

This matter is before the Court on Defendant West Coast Gaming, Inc.'s Suggestion of Bankruptcy (ECF No. 39).  As Defendant has filed a Chapter 7 bankruptcy petition, the claims against it in this case are automatically stayed.  *See* 11 U.S.C. § 362.  It is therefore ORDERED that all proceedings against Defendant are STAYED unless and until relief from the automatic stay in Bankruptcy Case No. 14-06743-7 is granted.  Defendant is further ORDERED to file a status report in this case within ten days of any relief from stay in the bankruptcy case.

DATED this 10th day of September, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge