IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Case No. 12-cv-03114-RM-MJW

GOLD CUP GAMING, LLC, a South Dakota limited liability company,

    Plaintiff,

v.

WEST COAST GAMING, INC., a California corporation,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS**

---

    This matter comes before the Court on the Parties' Stipulated Motion to Dismiss filed April 9, 2015 (ECF No. 44).  In the motion to dismiss, the parties advise the Court that the bankruptcy case which precipitated a stay in this matter has concluded.  The Court, having reviewed the Motion and being fully advised, hereby ORDERS as follows:

    The Parties' Stipulated Motion to Dismiss is GRANTED.  The above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall pay their own fees and costs.

    DATED this 9th day of April, 2015.

                                            BY THE COURT:

                                            _____
                                            RAYMOND P. MOORE
                                            United States District Judge